# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY R. MULLINS,

    Defendant.

Cause No. C17-1030RSL

CASE MANAGEMENT ORDER

On July 7, 2017, plaintiff filed a complaint seeking to collect a student loan debt from defendant. Plaintiff anticipate that the case will be resolved on cross-motions for summary judgment and that discovery, if necessary, will be limited. Having reviewed the government's Status Report, the Court orders as follows:

| | |
|---|---|
| Plaintiff shall file a motion for summary judgment of no more than 24 pages by | August 2, 2018 |
| Defendant shall file a combined opposition and cross-motion for summary judgment of no more than 36 pages by | September 6, 2018 |
| Plaintiff shall file a combined reply and opposition of no more than 24 pages by | October 4, 2018 |
| Defendant shall file a reply of no more than 12 pages by | October 19, 2018 |

CASE MANAGEMENT ORDER

The cross-motions for summary judgment shall be noted for consideration on the Court's calendar for **October 19, 2018.** If, after reviewing plaintiff's motion, defendant believes that additional evidence is necessary to respond, he may file a motion to continue consideration of plaintiff's motion for summary judgment, specifying the length of the requested continuance and the nature and scope of the discovery sought. **Any motion for a continuance or other request for discovery must be filed no later than August 23, 2018**.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Alteration to LCR 10(e)(9) -- Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

- Alteration to Section III, Paragraph M -- Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

- Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line

numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

## PRIVACY POLICY

Parties are reminded that they must comply with the privacy requirements in Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 6th day of July, 2018.

/s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge
(206) 370-8519