UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY R. MULLINS,<br><br>Defendant. | NO. 2:17-cv-01030-RSL<br><br>Stipulated Motion for Entry of Final Judgment |

Under Local Civil Rules 7(d)(1) and 10(g), Plaintiff United States of America and Defendant Tony R. Mullins stipulate to the entry of a final judgment to resolve all claims in this case. The United States has filed a pending Motion for Summary Judgment [dkt. no. 9], to which Mr. Mullins's Response is due September 6, 2018. Mr. Mullins, who remains pro se, has consulted with an attorney and seeks entry of the Stipulated Judgment, on the terms described below, in lieu of responding to the United States' pending Motion for Summary Judgment.

The parties stipulate to the entry of a final judgment in favor of the United States of America and against Tony R. Mullins, as follows:

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT - 1**
*USA v. Tony R. Mullins*, No. 2:17-cv-01030-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

- Principal: $87,275.18
- Accrued interest through August 24, 2018: $19,839.65
- Total debt through August 24, 2018: $107,114.83

1. Interest shall accrue at an annual rate of 5.03 percent on the principal amount of $87,275.18 ($12.02 per day) from August 25, 2018, until entry of Judgment; and

2. On and after the date on which the Court enters Judgment, interest shall accrue at the rate prescribed by 28 U.S.C. § 1961 on the total Judgment amount until paid in full.

3. The United States' Motion for Summary Judgment [dkt. no. 9] is DENIED as moot.

Dated this 24th day of August, 2018

Respectfully submitted,

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: Kyle.Forsyth@usdoj.gov

TONY R. MULLINS, Pro Se
514 - 204th Ave. Ct. KPS
Lakebay, Washington 98349
Tel. 253-226-9152

IT IS SO ORDERED.

Entered this 30th day of August, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT - 2**
*USA v. Tony R. Mullins*, No. 2:17-cv-01030-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970